# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL NO. 3:17-CR-134-17-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JAMES WALTER DOWDLE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on defense counsel Derrick R. Bailey's "Notice of Unavailability" (doc. 1264) filed on March 16, 2018. The Court contacted Mr. Bailey and the Government by email to address the issues raised in the "Notice." Counsel responded to chambers staff by email. Based upon the Court's projections at today's status hearing and the Government's representations, it does not appear that this Defendant will be scheduled for trial before July at the earliest. Therefore counsel's status does not need to be addressed further at this stage of the proceedings. Mr. Bailey is directed to advise the Court if his circumstances warrant further review in the future.

The Clerk is directed to send copies of this Order to counsel for Defendant and the Government, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: March 19, 2018

David S. Cayer
United States Magistrate Judge